IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BURLIE BROWARD
KIMMONS III,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5745

Opinion filed May 27, 2015.

An appeal from an order of the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Burlie Broward Kimmons III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  This dismissal is without prejudice to appellant's right to file

a petition for belated appeal. See Fla. R. App. P. 9.141(c).

BENTON, CLARK, and MAKAR, JJ., CONCUR.